# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### FORT MYERS DIVISION

| | |
|---|---|
| S.Y., | |
|     Plaintiff, | |
| v. | Case No.: 2:20-cv-00626-JES-MRM |
| WYNDHAM HOTELS & RESORTS, INC.; HANUMAN OF NAPLES LLC; SHREE SIDDHIVINAYAK HOSPITALITY, LLC; H. I. NAPLES, LLC and HOLIDAY HOSPITALITY FRANCHISING, LLC, | |
|     Defendants. | |

## ANSWER AND AFFIRMATIVE DEFENSES
## ON BEHALF OF WYNDHAM HOTELS & RESORTS, INC.

Defendant Wyndham Hotels & Resorts, Inc. ("WHRI"), by its undersigned counsel, responds to Plaintiff's Complaint (Dkt. 1) as follows:

## INTRODUCTION

1.    Paragraph 1 states an introductory narrative to which no response is required. Insofar as a response is required, WHRI denies the allegations in Paragraph 1 to the extent they suggest or imply that WHRI has any liability to Plaintiff, except it admits that Plaintiff purports to be bringing this action under the Trafficking Victims Protection Reauthorization Act of 2008 ("TVPRA") and Florida state law and is proceeding under the initials "S.Y."

2.      WHRI denies the allegations set forth in Paragraph 2, except it lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other Defendants.

3.      WHRI denies the allegations set forth in Paragraph 3, except it lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other Defendants.

4.      WHRI denies the allegations in paragraph 4, except it lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding human trafficking at all "hotels and motels."

5.      WHRI denies the allegations set forth in Paragraph 5, except it lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other Defendants.

6.      WHRI denies the allegations set forth in Paragraph 6, except it lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other Defendants.

7.      WHRI lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 7.

8.      The allegations in Paragraph 8 contain legal conclusions to which no response is required.  Insofar as a response is required, WHRI denies the allegations set forth in Paragraph 8, except it lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other Defendants, except it admits that the TVPRA was amended in 2008.

-2-

9. WHRI denies the allegations set forth in Paragraph 9, except it lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other Defendants.

10. WHRI denies the allegations set forth in Paragraph 10, except it lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other Defendants.

11. WHRI denies the allegations set forth in Paragraph 11, except it lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other Defendants.

12. WHRI denies the allegations set forth in Paragraph 12, except it lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other Defendants.

13. WHRI denies the allegations set forth in Paragraph 13, except it lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other Defendants.

14. WHRI denies the allegations set forth in Paragraph 14, except it lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding Plaintiff and other Defendants, and it admits that a franchisor subsidiary entered into an agreement with a third party owner for the operation of the facility located at 3827 Tollgate Boulevard, Naples, Florida, as a Days Inn® guest lodging facility that provides for the payment of certain fees.

15. WHRI denies the allegations set forth in Paragraph 15, except it lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other Defendants.

16. WHRI denies the allegations set forth in Paragraph 16, except it lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other Defendants.

17. WHRI denies the allegations set forth in Paragraph 17, except it lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding Plaintiff and other Defendants.

18. The allegations in Paragraph 18 contain legal conclusions to which no response is required. Insofar as a response is required, WHRI denies the allegations set forth in Paragraph18, and it specifically denies any liability under the TVPRA, except it lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other Defendants, and it admits that Plaintiff filed this action.

19. The allegations in Paragraph 19 contain legal conclusions to which no response is required. Insofar as a response is required, WHRI denies the allegations set forth in Paragraph 19, and specifically denies any liability under the TVPRA or Florida law, except it lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding Plaintiff, other Defendants, or other hotels.

20. The allegations in Paragraph 20 contain legal conclusions to which no response is required. Insofar as a response is required, WHRI denies any liability under Florida law.

EAST\179444437.6

## JURISDICTION AND VENUE

21.     The allegations in Paragraph 21 contain legal conclusions to which no response is required.  Insofar as a response is required, WHRI does not contest this Court's jurisdiction.

22.     The allegations in Paragraph 22 contain legal conclusions to which no response is required.  Insofar as a response is required, WHRI does not contest venue in this Court.

## PARTIES

23.     WHRI lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 23.

24.     The allegations in Paragraph 24 state a legal conclusion to which no response is required.   Insofar as a response is required, WHRI lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 24.

25.     The allegations in Paragraph 25 state a legal conclusion to which no response is required.   Insofar as a response is required, WHRI lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding Plaintiff.

26.     WHRI denies the allegations set forth in Paragraph 26, except it admits it is incorporated in Delaware and maintains a principal place of business at 22 Sylvan Way, Parsippany, New Jersey, and it further admits to statements on its website and

refers to an authenticated copy of its website as of a particular point(s) in time for its content.

27.    The allegations in Paragraph 27 do not relate to WHRI and thus no response is required.   Insofar as a response is required, WHRI lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 27.

28.    The allegations in Paragraph 28 do not relate to WHRI and thus no response is required.   Insofar as a response is required, WHRI lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 28 and on that basis denies them.

29.    The allegations in Paragraph 29 do not relate to WHRI and thus no response is required.   Insofar as a response is required, WHRI lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 29.

30.    The allegations in Paragraph 30 do not relate to WHRI and thus no response is required.   Insofar as a response is required, WHRI lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 30.

31.    WHRI denies the allegations set forth in Paragraph 31, except it lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other Defendants, and it admits it is authorized to do business in the State of Florida.

EAST\179444437.6

32.     WHRI denies the allegations set forth in Paragraph 32, except it admits that its franchisor subsidiary entered into an agreement with a third party owner for the operation of the facility located at 3827 Tollgate Boulevard, Naples, Florida, as a Days Inn® guest lodging facility.

33.     The allegations in Paragraph 33 do not relate to WHRI and thus no response is required.  Insofar as a response is required, WHRI lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 33.

34.     The allegations in Paragraph 34 do not relate to WHRI and thus no response is required.  Insofar as a response is required, WHRI lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 34.

35.     The allegations in Paragraph 35 do not relate to WHRI and thus no response is required.  Insofar as a response is required, WHRI lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 35.

36.     The allegations in Paragraph 36 do not relate to WHRI and thus no response is required.  Insofar as a response is required, WHRI lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 36.

37.     The allegations in Paragraph 37 do not relate to WHRI and thus no response is required.  Insofar as a response is required, WHRI lacks sufficient

knowledge or information to form a belief as to the truth of the allegations in Paragraph 37.

## SEX TRAFFICKING UNDER FEDERAL LAW

38.     The allegations in Paragraph 38 contain legal conclusions to which no response is required.   Insofar as a response is required, WHRI denies any characterization of the cited statute and refers to the full text of the statute for its content.

39.     The allegations in Paragraph 39 contain legal conclusions to which no response is required.   Insofar as a response is required, WHRI denies any characterization of the cited statute and refers to the full text of the statute for its content.

40.     The allegations in Paragraph 40 contain legal conclusions to which no response is required.   Insofar as a response is required, WHRI denies any characterization of the cited statute and refers to the full text of the statute for its content.

41.     The allegations in Paragraph 41 contain legal conclusions to which no response is required.   Insofar as a response is required, WHRI denies any characterization of the cited statute and refers to the full text of the statute for its content.

## STATEMENT OF FACTS

42.     The allegations in Paragraph 42 contain legal conclusions to which no response is required.   Insofar as a response is required, WHRI denies any

characterization of the cited statute and refers to the full text of the statute for its content.

43. The allegations in Paragraph 43 contain legal conclusions to which no response is required. Insofar as a response is required, WHRI denies the allegations set forth in Paragraph 43.

44. The allegations in Paragraph 44 contain legal conclusions to which no response is required. Insofar as a response is required, WHRI denies the allegations set forth in Paragraph 44, except it lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other Defendants.

45. WHRI denies the allegations set forth in Paragraph 45, except it lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other Defendants and the current condition of the facility at issue.

46. WHRI denies the allegations set forth in Paragraph 46, except it lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other Defendants and the current condition of the facility at issue.

47. The allegations in Paragraph 47 contain legal conclusion to which no response is required. Insofar as a response is required, WHRI denies the allegations set forth in Paragraph 47, except it lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other Defendants.

48. WHRI denies the allegations set forth in Paragraph 48, except it lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other Defendants.

EAST\179444437.6

49.     WHRI denies the allegations set forth in Paragraph 49, except it admits that its business includes subsidiaries that enter into franchise agreements for the operation of independently owned guest lodging facilities as particular brands, including Days Inn® guest lodging facilities.

50.     WHRI denies the allegations set forth in Paragraph 50.

51.     WHRI denies the allegations set forth in Paragraph 51, except it lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding "a typical hotel franchise" or other Defendants.

52.     WHRI denies the allegations set forth in Paragraph 52, except it admits that its franchisor subsidiary entered into an agreement for the operation of the facility as a Days Inn® guest lodging facility and refers to the original or an authenticated copy of that agreement for its terms.

53.     WHRI denies the allegations set forth in Paragraph 53 and its subparts.

54.     WHRI denies the allegations set forth in Paragraph 54, except it admits that its franchisor subsidiary entered into an agreement for the operation of the facility as a Days Inn® guest lodging facility and refers to the original or an authenticated copy of that agreement for its terms.

55.     WHRI denies the allegations set forth in Paragraph 55, except it admits that its franchisor subsidiary entered into an agreement for the operation of the facility as a Days Inn® guest lodging facility and refers to the original or an authenticated copy of that agreement for its terms.

EAST\179444437.6

56. WHRI denies the allegations set forth in Paragraph 56, except it admits that its franchisor subsidiary entered into an agreement for the operation of the facility as a Days Inn® guest lodging facility and refers to the original or an authenticated copy of that agreement for its terms.

57. WHRI denies the allegations set forth in Paragraph 57, except it admits that its franchisor subsidiary entered into an agreement for the operation of the facility as a Days Inn® guest lodging facility and refers to the original or an authenticated copy of that agreement for its terms.

58. WHRI denies the allegations set forth in Paragraph 58, except it admits that its franchisor subsidiary entered into an agreement for the operation of the facility as a Days Inn® guest lodging facility and refers to the original or an authenticated copy of that agreement for its terms.

59. WHRI denies the allegations set forth in Paragraph 59, except it admits that its franchisor subsidiary entered into an agreement for the operation of the facility as a Days Inn® guest lodging facility and refers to the original or an authenticated copy of that agreement for its terms.

60. WHRI denies the allegations set forth in Paragraph 60, except it admits that Wyndham Worldwide Corporation signed the Code in 2011.

61. WHRI denies the allegations set forth in Paragraph 61, except it admits that its franchisor subsidiary entered into an agreement for the operation of the facility as a Days Inn® guest lodging facility and refers to the original or an authenticated copy of that agreement for its terms.

EAST\179444437.6

62.     WHRI denies the allegations set forth in Paragraph 62, except it admits that its franchisor subsidiary entered into an agreement for the operation of the facility as a Days Inn® guest lodging facility and refers to the original or an authenticated copy of that agreement for its terms.

63.     WHRI denies the allegations set forth in Paragraph 63, except it admits that its franchisor subsidiary entered into an agreement for the operation of the facility as a Days Inn® guest lodging facility and refers to the original or an authenticated copy of that agreement for its terms.

64.     WHRI denies the allegations set forth in Paragraph 64, except it lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other Defendants.

65.     WHRI denies the allegations set forth in Paragraph 65, except it lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other Defendants.

66.     WHRI denies the allegations set forth in Paragraph 66, except it lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other Defendants.

67.     WHRI denies the allegations set forth in Paragraph 67, except it lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other Defendants.

EAST\179444437.6

68. WHRI denies the allegations set forth in Paragraph 68, except it lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other Defendants

69. WHRI denies the allegations set forth in Paragraph 69, except it lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other Defendants

70. WHRI denies the allegations set forth in Paragraph 70, except it lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other Defendants.

71. WHRI denies the allegations set forth in Paragraph 71, except it lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other Defendants.

72. The allegations in Paragraph 72 contain legal conclusions to which no response is required. Insofar as a response is required, WHRI denies the allegations set forth in Paragraph 72, except it lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other Defendants.

73. WHRI denies the allegations set forth in Paragraph 73, except it lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other Defendants or Plaintiff.

74. The allegations in Paragraph 74 contain legal conclusions to which no response is required. Insofar as a response is required, WHRI denies the allegations

set forth in Paragraph 74, except it lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other Defendants.

75.    WHRI denies the allegations set forth in Paragraph 75, except it lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other Defendants and unidentified hotels.

76.    WHRI denies the allegations set forth in Paragraph 76, except it lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other Defendants and unidentified hotels.

77.    WHRI denies the allegations set forth in Paragraph 77, except it lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other Defendants and unidentified hotels.

78.    WHRI denies the allegations set forth in Paragraph 78 and its subparts, except it lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other Defendants and unidentified hotels.

79.    Paragraph 79 constitutes argument to which no response is required. Insofar as a response is required, WHRI denies the allegations set forth in Paragraph 79, except it lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other Defendants.

80.    Paragraph 80 constitutes argument to which no response is required. Insofar as a response is required, WHRI denies the allegations set forth in Paragraph 80, except it lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other Defendants.

EAST\179444437.6

81.     Paragraph 81 constitutes argument to which no response is required. Insofar as a response is required, WHRI denies the allegations set forth in Paragraph 81, except it lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other Defendants.

82.     Paragraph 82 constitutes argument to which no response is required. Insofar as a response is required, WHRI denies the allegations set forth in Paragraph 82, except it lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other Defendants.

83.     Paragraph 83 constitutes argument to which no response is required. Insofar as a response is required, WHRI denies the allegations set forth in Paragraph 83, except it lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other Defendants.

84.     Paragraph 84 constitutes argument to which no response is required. Insofar as a response is required, WHRI denies the allegations set forth in Paragraph 84, except it lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other Defendants.

85.     Paragraph 85 constitutes argument to which no response is required. Insofar as a response is required, WHRI denies the allegations set forth in Paragraph 85, except it lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other Defendants.

EAST\179444437.6

86.     WHRI denies the allegations set forth in Paragraph 86, except it lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other Defendants.

87.     WHRI denies the allegations set forth in Paragraph 87, except it lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other Defendants.

88.     Paragraph 88 constitutes argument to which no response is required. Insofar as a response is required, WHRI denies the allegations set forth in Paragraph 88, except it lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other Defendants.

89.     Paragraph 89 constitutes argument to which no response is required. Insofar as a response is required, WHRI denies the allegations set forth in Paragraph 89, except it lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other Defendants.

90.     WHRI denies the allegations set forth in Paragraph 90, except it lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other Defendants

91.     Paragraph 91 constitutes argument to which no response is required. Insofar as a response is required, WHRI denies the allegations set forth in Paragraph 91, except it lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other Defendants.

EAST\179444437.6

92. Paragraph 92 constitutes argument to which no response is required. Insofar as a response is required, WHRI denies the allegations set forth in Paragraph 92, except it lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other Defendants

93. WHRI lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 93.

94. WHRI denies the allegations set forth in Paragraph 94, except it lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other Defendants.

95. WHRI denies the allegations set forth in Paragraph 95, except it lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other Defendants.

96. WHRI denies the allegations set forth in Paragraph 96, except it lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding Plaintiff.

97. WHRI denies the allegations set forth in Paragraph 97, except it lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other Defendants.

98. WHRI lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 98.

99. The allegations in Paragraph 99 do not relate to WHRI and thus no response is required. Insofar as a response is required, WHRI lacks sufficient

knowledge or information to form a belief as to the truth of the allegations in Paragraph 99.

100.   The allegations in Paragraph 100 and its subparts do not relate to WHRI and thus no response is required.  Insofar as a response is required, WHRI denies the allegations in Paragraph 100 and its subparts insofar as they suggest any wrongful conduct or involvement by WHRI, except it lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other Defendants.

101.   The allegations in Paragraph 101 do not relate to WHRI and thus no response is required.  Insofar as a response is required, WHRI denies the allegations in Paragraph 101 insofar as they suggest any wrongful conduct or involvement by WHRI, except it lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other Defendants.

102.   WHRI denies the allegations in Paragraph 102, except it lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other Defendants.

103.   The allegations in Paragraph 103 do not relate to WHRI and thus no response is required.   Insofar as a response is required, WHRI lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 103.

104.   The allegations in Paragraph 104 do not relate to WHRI and thus no response is required.   Insofar as a response is required, WHRI lacks sufficient

knowledge or information to form a belief as to the truth of the allegations in Paragraph 104.

105.   The allegations in Paragraph 105 do not relate to WHRI and thus no response is required.   Insofar as a response is required, WHRI lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 105.

106.   The allegations in Paragraph 106 do not relate to WHRI and thus no response is required.   Insofar as a response is required, WHRI lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 106.

107.   The allegations in Paragraph 107 and its subparts do not relate to WHRI and thus no response is required.  Insofar as a response is required, WHRI denies the allegations in Paragraph 107 and its subparts insofar as they suggest any wrongful conduct or involvement by WHRI, except it lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other Defendants.

108.   WHRI denies the allegations set forth in Paragraph 108 and its subparts, except it lacks sufficient knowledge or information to form a belief as to the truth of allegations regarding other Defendants.

109.   Paragraph 109 contains legal conclusions to which no response is required.  Insofar as a response is required, WHRI denies the allegations set forth in Paragraph 109 and its subparts, except it lacks sufficient knowledge or information to form a belief as to the truth of allegations regarding other Defendants.

EAST\179444437.6

110.    The allegations in Paragraph 110 do not relate to WHRI and thus no response is required.  Insofar as a response is required, WHRI denies the allegations in Paragraph 110 insofar as they suggest any wrongful conduct or involvement by WHRI, except it lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other Defendants.

111.    Paragraph 111 constitutes argument to which no response is required. Insofar as a response is required, WHRI denies the allegations set forth in Paragraph 111, except it lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other Defendants and the Naples Police.

112.    The allegations in Paragraph 112 do not relate to WHRI and thus no response is required.   Insofar as a response is required,  WHRI lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 112.

113.    Paragraph 113 contains legal conclusions to which no response is required.  Insofar as a response is required, WHRI denies the allegations set forth in Paragraph 113, except it lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other Defendants.

114.    Paragraph 114 contains legal conclusions to which no response is required.  Insofar as a response is required, WHRI denies the allegations set forth in Paragraph 114, except it lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other Defendants.

EAST\179444437.6

115.    Paragraph 115 contains legal conclusions to which no response is required.  Insofar as a response is required, WHRI denies the allegations set forth in Paragraph 115, except it lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other Defendants.

116.    Paragraph 116 constitutes argument to which no response is required.  Insofar as a response is required, WHRI denies the allegations set forth in Paragraph 116, except it lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other Defendants.

117.    Paragraph 117 contains legal conclusions to which no response is required.  Insofar as a response is required, WHRI denies the allegations set forth in Paragraph 117, except it lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other Defendants.

118.    Paragraph 118 contains legal conclusions to which no response is required.  Insofar as a response is required, WHRI denies the allegations set forth in Paragraph 118, except it lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other Defendants.

119.    The allegations in Paragraph 119 do not relate to WHRI and thus no response is required.   Insofar as a response is required, WHRI lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 119.

120.    Paragraph 120 constitutes argument to which no response is required.  Insofar as a response is required, WHRI denies the allegations set forth in Paragraph

EAST\179444437.6

120, except it lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other Defendants.

121.   Paragraph 121 constitutes argument to which no response is required. Insofar as a response is required, WHRI denies the allegations set forth in Paragraph 121, except it lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other Defendants.

122.   Paragraph 122 contains legal conclusions to which no response is required.  Insofar as a response is required, WHRI denies the allegations set forth in Paragraph 122.

123.   Paragraph 123 contains legal conclusions to which no response is required.  Insofar as a response is required, WHRI denies the allegations set forth in Paragraph 123.

124.   WHRI denies the allegations set forth in Paragraph 124 and its subparts.

125.   Paragraph 125 contains legal conclusions to which no response is required.  Insofar as a response is required, WHRI denies the allegations set forth in Paragraph 125.

126.   WHRI denies the allegations set forth in Paragraph 126 and its subparts.

127.   Paragraph 127 contains legal conclusions to which no response is required.  Insofar as a response is required, WHRI denies the allegations set forth in Paragraph 127.

EAST\179444437.6

128.    Paragraph 128 contains legal conclusions to which no response is required.  Insofar as a response is required, WHRI denies the allegations set forth in Paragraph 128.

129.    Paragraph 129 contains legal conclusions to which no response is required.  Insofar as a response is required, WHRI denies the allegations set forth in Paragraph 129.

130.    Paragraph 130 contains legal conclusions to which no response is required.  Insofar as a response is required, WHRI denies the allegations set forth in Paragraph 130.

131.    Paragraph 131 contains legal conclusions to which no response is required.  Insofar as a response is required, WHRI denies the allegations set forth in Paragraph 131.

132.    WHRI denies the allegations set forth in Paragraph 132, except it lacks sufficient knowledge or information to form a belief as to the truth of allegations regarding other Defendants.

133.    WHRI denies the allegations set forth in Paragraph 133, except it lacks sufficient knowledge or information to form a belief as to the truth of allegations regarding other Defendants.

134.    WHRI denies the allegations set forth in Paragraph 134, except it lacks sufficient knowledge or information to form a belief as to the truth of allegations regarding other Defendants.

EAST\179444437.6

135.    Paragraph 135 constitutes argument to which no response is required. Insofar as a response is required, WHRI denies the allegations set forth in Paragraph 135, except it lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other Defendants.

136.    WHRI denies the allegations set forth in Paragraph 136, except it lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other Defendants.

137.    WHRI denies the allegations set forth in Paragraph 137, except it lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other Defendants.

138.    WHRI denies the allegations set forth in Paragraph 138, except it lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other Defendants.

139.    WHRI denies the allegations set forth in Paragraph 139, except it lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other Defendants.

140.    WHRI denies the allegations set forth in Paragraph 140, except it lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other Defendants.

141.    Paragraph 141 constitutes argument to which no response is required. Insofar as a response is required, WHRI denies the allegations set forth in Paragraph

141, except it lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other Defendants.

142.    Paragraph 142 constitutes argument to which no response is required. Insofar as a response is required, WHRI denies the allegations set forth in Paragraph 142, except it lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other Defendants.

143.    Paragraph 143 constitutes argument to which no response is required. Insofar as a response is required, WHRI denies the allegations set forth in Paragraph 143, except it lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other Defendants.

144.    WHRI denies the allegations set forth in Paragraph 144, except it lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other Defendants or Plaintiff.

145.    WHRI denies the allegations set forth in Paragraph 145 and its subparts, except it lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other Defendants or Plaintiff.

## CAUSES OF ACTION

146.    Paragraph 146 contains legal arguments to which no response is required. Insofar as a response is required, WHRI denies the allegations set forth in Paragraph 146, except it lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other Defendants.

-25-

147. Paragraph 147 contains legal arguments to which no response is required. Insofar as a response is required, WHRI denies the allegations set forth in Paragraph 147, except it lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other Defendants.

148. Paragraph 148 contains legal arguments to which no response is required. Insofar as a response is required, WHRI denies the allegations set forth in Paragraph 148, except it lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other Defendants.

149. Paragraph 149 contains legal arguments to which no response is required. Insofar as a response is required, WHRI denies the allegations set forth in Paragraph 149, except it lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other Defendants.

150. Paragraph 150 contains legal arguments to which no response is required. Insofar as a response is required, WHRI denies the allegations set forth in Paragraph 150, except it lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other Defendants.

151. Paragraph 151 contains legal arguments to which no response is required. Insofar as a response is required, WHRI denies the allegations set forth in Paragraph 151, except it lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other Defendants.

152. Paragraph 152 contains legal arguments to which no response is required. Insofar as a response is required, WHRI denies the allegations set forth in Paragraph

152, except it lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other Defendants.

153.    Paragraph 153 contains legal arguments to which no response is required. Insofar as a response is required, WHRI denies the allegations set forth in Paragraph 153, except it lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other Defendants.

154.    Paragraph 154 constitutes argument to which no response is required. Insofar as a response is required, WHRI denies the allegations set forth in Paragraph 154, except it lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other Defendants.

155.    Paragraph 155 contains legal arguments to which no response is required. Insofar as a response is required, WHRI denies the allegations set forth in Paragraph 155, except it lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other Defendants.

156.    Paragraph 156 and its subparts contain legal arguments to which no response is required.  Insofar as a response is required, WHRI denies the allegations set forth in Paragraph 156 and its subparts, except it lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other Defendants.

157.    Paragraph 157 constitutes argument to which no response is required. Insofar as a response is required, WHRI denies the allegations set forth in Paragraph

157, except it lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other Defendants.

158. Paragraph 158 constitutes argument to which no response is required. Insofar as a response is required, WHRI denies the allegations set forth in Paragraph 158, except it lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other Defendants.

159. Paragraph 159 contains legal arguments to which no response is required. Insofar as a response is required, WHRI denies the allegations set forth in Paragraph 159, except it lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other Defendants.

160. Paragraph 160 contains legal arguments to which no response is required. Insofar as a response is required, WHRI denies the allegations set forth in Paragraph 160, except it lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other Defendants and Plaintiff's alleged damages.

161. Paragraph 161 contains legal arguments to which no response is required. Insofar as a response is required, WHRI denies the allegations set forth in Paragraph 161, except it lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other Defendants.

## COUNT I

162. WHRI denies the allegations in Paragraph 162.

163. WHRI incorporates by reference its responses to paragraphs 1-26 and 31-161 of the Complaint as if fully set forth herein.

-28-

164.   The allegations in Paragraph 164 do not relate to WHRI and thus no response is required.   Insofar as a response is required, WHRI incorporates by reference its responses to paragraphs 1-25, 27 and 30-161 of the Complaint as if fully set forth herein.

165.   The allegations in Paragraph 165 do not relate to WHRI and thus no response is required.   Insofar as a response is required, WHRI incorporates by reference its responses to paragraphs 1-25 and 29-161 of the Complaint as if fully set forth herein.

166.   The allegations in Paragraph 166 do not relate to WHRI and thus no response is required.   Insofar as a response is required, WHRI incorporates by reference its responses to paragraphs 1-25, 28 and 31-161 of the Complaint as if fully set forth herein.

167.   The allegations in Paragraph 167 do not relate to WHRI and thus no response is required.   Insofar as a response is required, WHRI incorporates by reference its responses to paragraphs 1-161 of the Complaint as if fully set forth herein.

168.    Paragraph 168 contains legal arguments to which no response is required.  Insofar as a response is required, WHRI denies the allegations in Paragraph 168, except it lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding Plaintiff.

169.   WHRI denies the allegations set forth in Paragraph 169, except it lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other Defendants.

-29-

170.     WHRI denies the allegations set forth in Paragraph 170 and its subparts, except it lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other Defendants or Plaintiff.

171.     Paragraph 171 contains legal arguments to which no response is required. Insofar as a response is required, WHRI denies the allegations set forth in Paragraph 171, except it lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other Defendants.

172.     Paragraph 172 contains a legal conclusion to which no response is required. Insofar as a response is required, WHRI denies the allegations set forth in Paragraph 172, except it lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding Plaintiff's alleged injuries.

## COUNT II

173.     WHRI admits Plaintiff purports to allege a cause of action under Fl. Stat. § 722.104.

174.     WHRI incorporates by reference its responses to paragraphs 1-26 and 31-161 of the Complaint as if fully set forth herein.

175.     The allegations in Paragraph 175 do not relate to WHRI and thus no response is required. Insofar as a response is required, WHRI incorporates by reference its responses to paragraphs 1-25, 27 and 31-161 of the Complaint as if fully set forth herein.

176.     The allegations in Paragraph 176 do not relate to WHRI and thus no response is required. Insofar as a response is required, WHRI incorporates by

reference its responses to paragraphs 1-25 and 29-161 of the Complaint as if fully set forth herein.

177.    The allegations in Paragraph 177 do not relate to WHRI and thus no response is required.   Insofar as a response is required, WHRI incorporates by reference its responses to paragraphs 1-25, 28 and 31-161 of the Complaint as if fully set forth herein.

178.    The allegations in Paragraph 178 do not relate to WHRI and thus no response is required.   Insofar as a response is required, WHRI incorporates by reference its responses to paragraphs 1-161 of the Complaint as if fully set forth herein.

179.    Paragraph 179 contains legal arguments to which no response is required. Insofar as a response is required, WHRI denies the allegations set forth in Paragraph 179.

180.    Paragraph 180 contains legal arguments to which no response is required. Insofar as a response is required, WHRI denies the allegations set forth in Paragraph 180.

181.    Paragraph 181 contains legal arguments to which no response is required. Insofar as a response is required, WHRI denies the allegations set forth in Paragraph 181.

182.    Paragraph 182 contains legal arguments to which no response is required. Insofar as a response is required, WHRI denies the allegations set forth in Paragraph 182.

EAST\179444437.6

183.    Paragraph 183 contains legal arguments to which no response is required. Insofar as a response is required, WHRI denies the allegations set forth in Paragraph 183.

184.    Paragraph 184 contains legal arguments to which no response is required. Insofar as a response is required, WHRI denies the allegations set forth in Paragraph 184.

185.    Paragraph 185 contains legal arguments to which no response is required. Insofar as a response is required, WHRI denies the allegations set forth in Paragraph 185, except it lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding Plaintiff's alleged injuries.

186.    Paragraph 186 contains legal arguments to which no response is required. Insofar as a response is required, WHRI denies the allegations set forth in Paragraph 186.

187.    WHRI denies the allegations set forth in Paragraph 187, except it lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other Defendants, and it admits that WHRI is in the hospitality industry.

188.    Paragraph 188 contains legal arguments to which no response is required. Insofar as a response is required, WHRI denies the allegations set forth in Paragraph 188.

189.    Paragraph 189 constitutes argument to which no response is required. Insofar as a response is required, WHRI denies the allegations set forth in Paragraph

EAST\179444437.6

189, except WHRI lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other Defendants.

190. Paragraph 190 contains legal arguments to which no response is required. Insofar as a response is required, WHRI denies the allegations set forth in Paragraph 190, except it lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding Plaintiff's alleged injuries.

## COUNT III

191. WHRI admits Plaintiff purports to allege a cause of action for premises liability.

192. WHRI incorporates by reference its responses to paragraphs 1-26 and 31-161 of the Complaint as if fully set forth herein.

193. The allegations in Paragraph 193 do not relate to WHRI and thus no response is required. Insofar as a response is required, WHRI incorporates by reference its responses to paragraphs 1-25, 27 and 31-161 of the Complaint as if fully set forth herein.

194. The allegations in Paragraph 194 do not relate to WHRI and thus no response is required. Insofar as a response is required, WHRI incorporates by reference its responses to paragraphs 1-25 and 29-161 of the Complaint as if fully set forth herein,

195. The allegations in Paragraph 195 do not relate to WHRI and thus no response is required. Insofar as a response is required, WHRI incorporates by

-33-

reference its responses to paragraphs 1-25, 28 and 31-161 of the Complaint as if fully set forth herein.

196. The allegations in Paragraph 196 do not relate to WHRI and thus no response is required. Insofar as a response is required, WHRI incorporates by reference its responses to paragraphs 1-161 of the Complaint as if fully set forth herein.

197. Paragraph 197 contains legal arguments to which no response is required. Insofar as a response is required, WHRI denies the allegations set forth in Paragraph 197, except that WHRI lacks sufficient knowledge or information to form a belief as to the truth of allegations regarding Plaintiff's alleged injuries.

198. Paragraph 198 contains legal arguments to which no response is required. Insofar as a response is required, WHRI denies the allegations set forth in Paragraph 198.

199. Paragraph 199 contains legal arguments to which no response is required. Insofar as a response is required, WHRI denies the allegations set forth in Paragraph 199.

200. Paragraph 200 contains legal arguments to which no response is required. Insofar as a response is required, WHRI denies the allegations set forth in Paragraph 200,

201. Paragraph 201 contains legal arguments to which no response is required. Insofar as a response is required, WHRI denies the allegations set forth in Paragraph 201.

202.    Paragraph 202 contains legal arguments to which no response is required. Insofar as a response is required, WHRI denies the allegations set forth in Paragraph 202.

203.    WHRI denies the allegations set forth in Paragraph 203, except that WHRI lacks sufficient knowledge or information to form a belief as to the truth of allegations regarding other Defendants or hotels.

204.    Paragraph 204 contains legal arguments to which no response is required. Insofar as a response is required, WHRI denies the allegations set forth in Paragraph 204, except that WHRI lacks sufficient knowledge or information to form a belief as to the truth of allegations regarding other Defendants.

205.    Paragraph 205 contains legal arguments to which no response is required. Insofar as a response is required, WHRI denies the allegations set forth in Paragraph 205, except that WHRI lacks sufficient knowledge or information to form a belief as to the truth of allegations regarding other Defendants or Plaintiff.

206.    Paragraph 206 contains legal arguments to which no response is required. Insofar as a response is required, WHRI denies the allegations set forth in Paragraph 206.

207.    Paragraph 207 contains legal arguments to which no response is required. Insofar as a response is required, WHRI denies the allegations set forth in Paragraph 207, except that WHRI lacks sufficient knowledge or information to form a belief as to the truth of allegations regarding other Defendants or Plaintiff.

208. Paragraph 208 constitutes argument to which no response is required. Insofar as a response is required, WHRI denies the allegations set forth in Paragraph 208, except that WHRI lacks sufficient knowledge or information to form a belief as to the truth of allegations regarding other Defendants or hotels.

209. Paragraph 209 contains legal arguments to which no response is required. Insofar as a response is required, WHRI denies the allegations set forth in Paragraph 209, except that WHRI lacks sufficient knowledge or information to form a belief as to the truth of allegations regarding other Defendants.

210. Paragraph 210 constitutes argument to which no response is required. Insofar as a response is required, WHRI denies the allegations set forth in Paragraph 210, except that WHRI lacks sufficient knowledge or information to form a belief as to the truth of allegations regarding other Defendants or Plaintiff.

211. Paragraph 211 and its subparts contain legal arguments to which no response is required. Insofar as a response is required, WHRI denies the allegations set forth in Paragraph 211 and its subparts, except that WHRI lacks sufficient knowledge or information to form a belief as to the truth of allegations regarding other Defendants.

212. Paragraph 212 contains legal arguments to which no response is required. Insofar as a response is required, WHRI denies the allegations set forth in Paragraph 212, except that WHRI lacks sufficient knowledge or information to form a belief as to the truth of allegations regarding Plaintiff's alleged damages.

EAST\179444437.6

## COUNT IV

213.    WHRI admits Plaintiff purports to allege a cause of action for negligent hiring, supervision and retention.

214.    WHRI incorporates by reference its responses to paragraphs 1-26 and 31-161 of the Complaint as if fully set forth herein.

215.    The allegations in Paragraph 215 do not relate to WHRI and thus no response is required.  Insofar as a response is required, WHRI incorporates by reference its responses to paragraphs 1-25, 27 and 30-161 of the Complaint as if fully set forth herein.

216.    The allegations in Paragraph 216 do not relate to WHRI and thus no response is required.  Insofar as a response is required, WHRI incorporates by reference its responses to paragraphs 1-25 and 29-161 of the Complaint as if fully set forth herein

217.    The allegations in Paragraph 217 do not relate to WHRI and thus no response is required.  Insofar as a response is required, WHRI incorporates by reference its responses to paragraphs 1-25, 28 and 31-161 of the Complaint as if fully set forth herein.

218.    The allegations in Paragraph 218 do not relate to WHRI and thus no response is required.  Insofar as a response is required, WHRI incorporates by reference its responses to paragraphs 1-161 of the Complaint as if fully set forth herein.

219.    Paragraph 219 contains legal arguments to which no response is required. Insofar as a response is required, WHRI denies the allegations set forth in Paragraph

EAST\179444437.6

219, except that WHRI lacks sufficient knowledge or information to form a belief as to the truth of allegations regarding other Defendants.

220. Paragraph 220 contains legal arguments to which no response is required. Insofar as a response is required, WHRI denies the allegations set forth in Paragraph 220, except that WHRI lacks sufficient knowledge or information to form a belief as to the truth of allegations regarding other Defendants.

221. Paragraph 221 contains legal arguments to which no response is required. Insofar as a response is required, WHRI denies the allegations set forth in Paragraph 221, except that WHRI lacks sufficient knowledge or information to form a belief as to the truth of allegations regarding other Defendants.

222. Paragraph 222 constitutes argument to which no response is required. Insofar as a response is required, WHRI denies the allegations set forth in Paragraph 222, except that WHRI lacks sufficient knowledge or information to form a belief as to the truth of allegations regarding other Defendants

223. Paragraph 223 contains legal arguments to which no response is required. Insofar as a response is required, WHRI denies the allegations set forth in Paragraph 223.

224. Paragraph 224 constitutes argument to which no response is required. Insofar as a response is required, WHRI denies the allegations set forth in Paragraph 224, except that WHRI lacks sufficient knowledge or information to form a belief as to the truth of allegations regarding other Defendants.

EAST\179444437.6

225.    Paragraph 225 contains legal arguments to which no response is required. Insofar as a response is required, WHRI denies the allegations set forth in Paragraph 225, except that WHRI lacks sufficient knowledge or information to form a belief as to the truth of allegations regarding other Defendants.

226.    Paragraph 226 contains legal arguments to which no response is required. Insofar as a response is required, WHRI denies the allegations set forth in Paragraph 226, except that WHRI lacks sufficient knowledge or information to form a belief as to the truth of allegations regarding other Defendants.

227.    Paragraph 227 contains legal arguments to which no response is required. Insofar as a response is required, WHRI denies the allegations set forth in Paragraph 227, except that WHRI lacks sufficient knowledge or information to form a belief as to the truth of allegations regarding other Defendants.

228.    Paragraph 228 contains legal arguments to which no response is required. Insofar as a response is required, WHRI denies the allegations set forth in Paragraph 228, except that WHRI lacks sufficient knowledge or information to form a belief as to the truth of allegations regarding other Defendants or Plaintiff's alleged injuries.

229.    Paragraph 229 contains legal arguments to which no response is required. Insofar as a response is required, WHRI denies the allegations set forth in Paragraph 229, except that WHRI lacks sufficient knowledge or information to form a belief as to the truth of allegations regarding other Defendants.

EAST\179444437.6

230.    Paragraph 230 contains legal arguments to which no response is required. Insofar as a response is required, WHRI denies the allegations set forth in Paragraph 230.

231.    Paragraph 231 contains legal arguments to which no response is required. Insofar as a response is required, WHRI denies the allegations set forth in Paragraph 231.

232.    Paragraph 232 contains legal arguments to which no response is required. Insofar as a response is required, WHRI denies the allegations set forth in Paragraph 232, except that WHRI lacks sufficient knowledge or information to form a belief as to the truth of allegations regarding Plaintiff's alleged damages.

## COUNT V

233.    The allegations in Paragraph 233 do not relate to WHRI and thus no response is required. Insofar as a response is required, WHRI admits Plaintiff purports to allege a cause of action for negligent rescue against certain other Defendants.

234.    The allegations in Paragraph 234 do not relate to WHRI and thus no response is required. Insofar as a response is required, WHRI incorporates by reference its responses to paragraphs 1-25, 27 and 30-161 of the Complaint as if fully set forth herein.

235.    The allegations in Paragraph 235 do not relate to WHRI and thus no response is required. Insofar as a response is required, WHRI incorporates by reference its responses to paragraphs 1-25 and 29-161.

-40-

236. The allegations in Paragraph 236 do not relate to WHRI and thus no response is required. Insofar as a response is required, WHRI incorporates by reference its responses to paragraphs 1-25, 28 and 31-161 of the Complaint as if fully set forth herein.

237. The allegations in Paragraph 137 do not relate to WHRI and thus no response is required. Insofar as a response is required, WHRI incorporates by reference its responses to paragraphs 1-161 of the Complaint as if fully set forth herein.

238. Paragraph 238 does not relate to WHRI and thus no response is required. Insofar as a response is required, WHRI lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 238.

239. Paragraph 239 does not relate to WHRI and contains legal conclusions and thus no response is required. Insofar as a response is required, WHRI lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 239.

240. Paragraph 240 does not relate to WHRI and contains legal conclusions and thus no response is required. Insofar as a response is required, WHRI lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 240.

241. Paragraph 241 does not relate to WHRI and contains legal conclusions and thus no response is required. Insofar as a response is required, WHRI lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 241.

EAST\179444437.6

242.    Paragraph 242 does not relate to WHRI and contains legal conclusions and thus no response is required.  Insofar as a response is required, WHRI lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 242.

243.    Paragraph 243 does not relate to WHRI and contains legal conclusions and thus no response is required.  Insofar as a response is required, WHRI lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 243.

244.    Paragraph 244 does not relate to WHRI and contains legal conclusions and thus no response is required.  Insofar as a response is required, WHRI lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 244.

245.    Paragraph 245 does not relate to WHRI and thus no response is required. Insofar as a response is required, WHRI lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 245.

246.    Paragraph 246 does not relate to WHRI and thus no response is required. Insofar as a response is required, WHRI lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 246.

247.    Paragraph 247 does not relate to WHRI and contains legal conclusions and thus no response is required.  Insofar as a response is required, WHRI lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 247.

EAST\179444437.6

248.    Paragraph 248 does not relate to WHRI and contains legal conclusions and thus no response is required.   Insofar as a response is required, WHRI lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 248.

249.    Paragraph 249 does not relate to WHRI and contains legal conclusions and thus no response is required.   Insofar as a response is required, WHRI lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 249.

250.    Paragraph 250 does not relate to WHRI and contains legal conclusions and thus no response is required.   Insofar as a response is required, WHRI lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 250.

251.    Paragraph 251 does not relate to WHRI and thus no response is required. Insofar as a response is required, WHRI lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 251.

252.    Paragraph 252 does not relate to WHRI and contains legal conclusions and thus no response is required.   Insofar as a response is required, WHRI lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 252.

## COUNT VI

253.    The allegations in Paragraph 253 do not relate to WHRI and thus no response is required.  Insofar as a response is required, WHRI admits Plaintiff purports

to allege a cause of action for aiding and abetting, harboring, confining, coercion, and criminal enterprise against certain defendants, not including WHRI.

254. The allegations in Paragraph 254 do not relate to WHRI and thus no response is required. Insofar as a response is required, WHRI incorporates by reference its responses to paragraphs 1-25, 27 and 30-161 of the Complaint as if fully set forth herein.

255. The allegations in Paragraph 255 do not relate to WHRI and thus no response is required. Insofar as a response is required, WHRI incorporates by reference its responses to paragraphs 1-25 and 29-161.

256. The allegations in Paragraph 256 do not relate to WHRI and thus no response is required. Insofar as a response is required, WHRI incorporates by reference its responses to paragraphs 1-25, 28 and 31-161 of the Complaint as if fully set forth herein.

257. The allegations in Paragraph 257 do not relate to WHRI and thus no response is required. Insofar as a response is required, WHRI incorporates by reference its responses to paragraphs 1-161 of the Complaint as if fully set forth herein.

258. Paragraph 258 does not relate to WHRI and contains legal conclusions and thus no response is required. Insofar as a response is required, WHRI lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 258.

259. Paragraph 259 does not relate to WHRI and contains legal conclusions and thus no response is required. Insofar as a response is required, WHRI lacks

EAST\179444437.6

sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 259.

260. Paragraph 260 does not relate to WHRI and thus no response is required. Insofar as a response is required, WHRI lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 260.

261. Paragraph 261 does not relate to WHRI and contains legal conclusions and thus no response is required. Insofar as a response is required, WHRI lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 261.

262. Paragraph 262 does not relate to WHRI and contains legal conclusions and thus no response is required. Insofar as a response is required, WHRI lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 262.

263. Paragraph 263 does not relate to WHRI and contains legal conclusions and thus no response is required. Insofar as a response is required, WHRI lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 263.

264. Paragraph 264 does not relate to WHRI and contains legal conclusions and thus no response is required. Insofar as a response is required, WHRI lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 264.

EAST\179444437.6

265. Paragraph 265 does not relate to WHRI and contains legal conclusions and thus no response is required. Insofar as a response is required, WHRI lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 265.

266. Paragraph 266 does not relate to WHRI and contains legal conclusions and thus no response is required. Insofar as a response is required, WHRI lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 266.

267. Paragraph 267 does not relate to WHRI and contains legal conclusions and thus no response is required. Insofar as a response is required, WHRI lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 267.

268. Paragraph 268 does not relate to WHRI and contains legal conclusions and thus no response is required. Insofar as a response is required, WHRI lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 268.

269. Paragraph 269 constitutes argument and thus no response is required. Insofar as a response is required, WHRI denies the allegations in Paragraph 269 and specifically denies that it is liable to Plaintiff.

EAST\179444437.6

## AFFIRMATIVE DEFENSES

## FIRST AFFIRMATIVE DEFENSE

The Complaint, and each cause of action therein, fails to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEENSE

The Complaint, and each cause of action therein, is barred in whole or in part because the incidents alleged and all damages complained of, if any, were superseding and/or intervening acts of parties over whom WHRI had no right of control.

## THIRD AFFIRMATIVE DEFENSE

The Complaint, and each cause of action therein, is barred in whole or in part because any damage, loss, or liability alleged by Plaintiff must be reduced, diminished, and/or barred in proportion to the wrongful or negligent conduct of persons or entities other than WHRI, including other parties in this case and/or third parties such as Plaintiff's alleged traffickers, under the principles of equitable allocation, recoupment, set-off, collateral source, proportionate responsibility, contribution among tortfeasors and/or comparative fault, as well as any defenses, terms and/or provisions of Fla. Stat. §§ 768.31 and 768.81.

## FOURTH AFFIRMATIVE DEFENSE

The Complaint, and each cause of action therein, is barred in whole or in part insofar as Plaintiff's injuries, if any, are the result of intentional acts attributable to third parties, specifically, the aforementioned traffickers.

EAST\179444437.6

## FIFTH AFFIRMATIVE DEFENSE

The Complaint, and each cause of action there in, is barred in whole or in part because, insofar as any of the acts or omissions alleged herein were committed by WHRI's agents or employees, the agents or employees were not acting within the scope of their authority conferred, or subsequently ratified, by WHRI.

## SIXTH AFFIRMATIVE DEFENSE

The Complaint, and each cause of action therein, is barred in whole or in part because WHRI is not the proximate cause of plaintiff's alleged injuries.

## SEVENTH AFFIRMATIVE DEFENSE

The Complaint, and each cause of action therein, is barred in whole or in part insofar as reasonable steps were not taken to mitigate damages.

## EIGHTH AFFIRMATIVE DEFENSE

The Complaint, and each cause of action therein, is barred in whole or in part because of the applicable statute of limitations.

## NINTH AFFIRMATIVE DEFENSE

The Complaint, and each cause of action therein, is barred in whole or in part by the doctrines of waiver and/or estoppel.

## TENTH AFFIRMATIVE DEFENSE

The Complaint, and each cause of action therein, is barred in whole or in part because the statutes sued upon are unconstitutionally vague and ambiguous.

## ELEVENTH AFFIRMATIVE DEFENSE

The Complaint, and each cause of action therein, fails to establish that punitive damages are authorized or warranted under Florida law, or that WHRI or any other defendant acted with intentional or outrageous conduct, as required to justify the imposition of punitive damages under federal common law.

WHEREFORE, WHRI denies each and every allegation in the Complaint, whether express or implied, that WHRI has not expressly and unequivocally admitted in this Answer. Having answered Plaintiff's Complaint fully, WHRI prays that it be discharged from this action with reasonable costs of Court and such further relief as the Court may deem appropriate.

Dated this 2nd day of March, 2021.

s/ J. Trumon Phillips
J. Trumon Phillips
Florida Bar No. 84568
**DLA PIPER LLP (US)**
3111 W. Dr. Martin Luther King Jr. Blvd.
Suite 300
Tampa, Florida 33607-6233
Phone: 813-229-2111
Fax: 813-229-1447
Email:trumon.phillips@dlapiper.com
sheila.hall@dlapiper.com

David Sager (admitted *pro hac vice*)
**DLA PIPER LLP (US)**
51 John F. Kennedy Parkway, Suite 120
Short Hills, NJ 07078-2704
Phone: 973-520-2550
Fax: 973-520-2551
Email:david.sager@dlapiper.com
*Attorneys for Defendant*
*Wyndham Hotels & Resorts, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2021, a true and correct copy of the foregoing was furnished by CM/ECF to all counsel of record as listed below.

s/ J. Trumon Phillips
Attorney

## SERVICE LIST

Sharon M. Hanlon
Law Office of Sharon M. Hanlon, PA
5633 Naples Boulevard
Naples, FL 34109
Phone:  239-598-3222
Fax:  239-598-9002
Email:shanlon@zelmanandhanlon.com
       gcohen@zelmanandhanlon.com
-and-
Yale T. Freeman
Yale T. Freeman, PA
7257 NW 4th Boulevard, Suite 82
Gainesville, FL  32607
Phone:  239-530-2500
Fax:  239-530-4400
Email:ytfreeman@ytfreemanlaw.com
-and-

EAST\179444437.6

Randolph Janis (admitted *pro hac vice*)
Michael A. London (admitted *pro hac vice*)
Diana Yastrovskaya (admitted *pro hac vice*)
Virginia E. Anello (admitted *pro hac vice*)
Douglas & London, P.C.
59 Maiden Lane, 6th Floor
New York, NY 10038
Phone: 212-566-7500
Fax: 212-566-7501
Email:rjanis@douglasandlondon.com
        mlondon@douglasandlondon.com
        dyastrovskaya@douglasandlondon.com
        vanello@douglasandlondon.com
*Attorneys for Plaintiff*

Kenneth M. Oliver
Levi D. Thomas
**KUBICKI DRAPER**
13350 Metro Parkway, Suite 401
Fort Myers, FL 33966
Phone: 239-334-8403 (Oliver direct dial)
Email:KO-KD@kubickidraper.com
        ko@kubickidraper.com
*Attorneys for Defendant*
*Hanuman of Naples LLC*

Daniel J. Santaniello
**LUKS, SANTANIELLO, PETRILLO & COHEN**
150 W. Flagler Street, Suite 2600
Miami, FL 33130
Phone: 305-377-8900
Fax: 305-377-8901
Email:LUKSMIA-Pleadings@LS-Law.com
        djs@ls-law.com
        djs@insurancedefense.net
        kdivico@insurancedefense.net
        sferguson@insurancedefense.net
        ejimenez@insurancedefense.net
        jfelser@insurancedefense.net
        jfigueroa@insurancedefense.net
*Attorneys for Defendant*
*H.I. Naples, LLC*

-51-