UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

S.Y.,

    Plaintiff,

v.

H. I. NAPLES, LLC d/b/a DAYS INN, et al.;

    Defendants.

Case No.: 2:20-cv-00626-JES-MRM

## **DEFENDANT, H. I. NAPLES LLC d/b/a DAYS INN'S ANSWER, AFFIRMATIVE DEFENSES, AND DEMAND FOR JURY TRIAL**

COMES NOW, Defendant, H.I. Naples, LLC d/b/a Days Inn ("H.I. Naples"), by and through its undersigned counsel and hereby serves its Answer, Affirmative Defenses, and Demand for Jury Trial to Plaintiff's Complaint as follows:

## **INTRODUCTION**

1. H.I. Naples is without knowledge, therefore, denied.
2. H.I. Naples is without knowledge, therefore, denied.
3. Denied.
4. Denied.
5. H.I. Naples is without knowledge, therefore, denied.
6. H.I. Naples is without knowledge, therefore, denied.
7. H.I. Naples is without knowledge, therefore, denied.
8. H.I. Naples is without knowledge, therefore, denied.
9. H.I. Naples is without knowledge, therefore, denied.
10. H.I. Naples is without knowledge, therefore, denied.

11. H.I. Naples is without knowledge, therefore, denied.

12. H.I. Naples is without knowledge, therefore, denied.

13. H.I. Naples is without knowledge, therefore, denied.

14. H.I. Naples is without knowledge, therefore, denied.

15. H.I. Naples is without knowledge, therefore, denied.

16. H.I. Naples is without knowledge, therefore, denied.

17. H.I. Naples is without knowledge, therefore, denied.

18. H.I. Naples is without knowledge, therefore, denied.

19. H.I. Naples is without knowledge, therefore, denied.

20. H.I. Naples is without knowledge, therefore, denied.

## **JURISDICTION AND VENUE**

21. H.I. Naples is without knowledge, therefore, denied.

22. H.I. Naples is without knowledge, therefore, denied.

## **PARTIES**

23. H.I. Naples is without knowledge, therefore, denied.

24. H.I. Naples is without knowledge, therefore, denied.

25. H.I. Naples is without knowledge, therefore, denied.

26. H.I. Naples is without knowledge, therefore, denied.

27. H.I. Naples is without knowledge, therefore, denied.

28. Denied.

29. H.I. Naples is without knowledge, therefore, denied.

30. H.I. Naples is without knowledge, therefore, denied.

31. H.I. Naples is without knowledge, therefore, denied.

32. H.I. Naples is without knowledge, therefore, denied.

33. H.I. Naples is without knowledge, therefore, denied.

34. H.I. Naples is without knowledge, therefore, denied.

35. H.I. Naples is without knowledge, therefore, denied.

36. H.I. Naples is without knowledge, therefore, denied.

37. H.I. Naples is without knowledge, therefore, denied.

## SEX TRAFFICKING UNDER FEDERAL LAW

38. H.I. Naples is without knowledge, therefore, denied.

39. H.I. Naples is without knowledge, therefore, denied.

40. H.I. Naples is without knowledge, therefore, denied.

41. H.I. Naples is without knowledge, therefore, denied.

## STATEMENT OF FACTS

42. H.I. Naples is without knowledge, therefore, denied.

43. H.I. Naples is without knowledge, therefore, denied.

44. H.I. Naples is without knowledge, therefore, denied.

45. H.I. Naples is without knowledge, therefore, denied.

46. H.I. Naples is without knowledge, therefore, denied.

47. H.I. Naples is without knowledge, therefore, denied.

48. H.I. Naples is without knowledge, therefore, denied.

49. H.I. Naples is without knowledge, therefore, denied.

50. H.I. Naples is without knowledge, therefore, denied.

51. H.I. Naples is without knowledge, therefore, denied.

52. H.I. Naples is without knowledge, therefore, denied.

53. H.I. Naples is without knowledge, therefore, denied.

54. H.I. Naples is without knowledge, therefore, denied.

55. H.I. Naples is without knowledge, therefore, denied.

56. H.I. Naples is without knowledge, therefore, denied.

57. H.I. Naples is without knowledge, therefore, denied.

58. H.I. Naples is without knowledge, therefore, denied.

59. H.I. Naples is without knowledge, therefore, denied.

60. H.I. Naples is without knowledge, therefore, denied.

61. H.I. Naples is without knowledge, therefore, denied.

62. H.I. Naples is without knowledge, therefore, denied.

63. H.I. Naples is without knowledge, therefore, denied.

64. H.I. Naples is without knowledge, therefore, denied.

65. Denied.

66. Denied.

67. Denied.

68. Denied.

69. Denied.

70. Denied.

71. H.I. Naples is without knowledge, therefore, denied.

72. H.I. Naples is without knowledge, therefore, denied.

73. H.I. Naples is without knowledge, therefore, denied.

74. H.I. Naples is without knowledge, therefore, denied.

75. H.I. Naples is without knowledge, therefore, denied.

76. H.I. Naples is without knowledge, therefore, denied.

77. H.I. Naples is without knowledge, therefore, denied.

78. H.I. Naples is without knowledge, therefore, denied.

79. H.I. Naples is without knowledge, therefore, denied.

80. H.I. Naples is without knowledge, therefore, denied.

81. H.I. Naples is without knowledge, therefore, denied.

82. H.I. Naples is without knowledge, therefore, denied.

83. H.I. Naples is without knowledge, therefore, denied.

84. H.I. Naples is without knowledge, therefore, denied.

85. H.I. Naples is without knowledge, therefore, denied.

86. H.I. Naples is without knowledge, therefore, denied.

87. H.I. Naples is without knowledge, therefore, denied.

88. H.I. Naples is without knowledge, therefore, denied.

89. H.I. Naples is without knowledge, therefore, denied.

90. H.I. Naples is without knowledge, therefore, denied.

91. H.I. Naples is without knowledge, therefore, denied.

92. H.I. Naples is without knowledge, therefore, denied.

93. H.I. Naples is without knowledge, therefore, denied.

94. H.I. Naples is without knowledge, therefore, denied.

95. H.I. Naples is without knowledge, therefore, denied.

96. H.I. Naples is without knowledge, therefore, denied.

97. H.I. Naples is without knowledge, therefore, denied.

98. H.I. Naples is without knowledge, therefore, denied.

99. H.I. Naples is without knowledge, therefore, denied.

100. H.I. Naples is without knowledge, therefore, denied.

101. H.I. Naples is without knowledge, therefore, denied.

102. H.I. Naples is without knowledge, therefore, denied.

103. H.I. Naples is without knowledge, therefore, denied.

104. H.I. Naples is without knowledge, therefore, denied.

105. H.I. Naples is without knowledge, therefore, denied.

106. H.I. Naples is without knowledge, therefore, denied.

107. H.I. Naples is without knowledge, therefore, denied.

108. H.I. Naples is without knowledge, therefore, denied.

109. H.I. Naples is without knowledge, therefore, denied.

110. H.I. Naples is without knowledge, therefore, denied.

111. H.I. Naples is without knowledge, therefore, denied.

112. H.I. Naples is without knowledge, therefore, denied.

113. H.I. Naples is without knowledge, therefore, denied.

114. H.I. Naples is without knowledge, therefore, denied.

115. H.I. Naples is without knowledge, therefore, denied.

116. H.I. Naples is without knowledge, therefore, denied.

117. H.I. Naples is without knowledge, therefore, denied.

118. H.I. Naples is without knowledge, therefore, denied.

119. H.I. Naples is without knowledge, therefore, denied.

120. H.I. Naples is without knowledge, therefore, denied.

121. H.I. Naples is without knowledge, therefore, denied.

122. H.I. Naples is without knowledge, therefore, denied.

123. H.I. Naples is without knowledge, therefore, denied.

124. H.I. Naples is without knowledge, therefore, denied.

125. H.I. Naples is without knowledge, therefore, denied.

126. H.I. Naples is without knowledge, therefore, denied.

127. H.I. Naples is without knowledge, therefore, denied.

128. H.I. Naples is without knowledge, therefore, denied.

129. H.I. Naples is without knowledge, therefore, denied.

130. H.I. Naples is without knowledge, therefore, denied.

131. H.I. Naples is without knowledge, therefore, denied.

132. H.I. Naples is without knowledge, therefore, denied.

133. H.I. Naples is without knowledge, therefore, denied.

134. H.I. Naples is without knowledge, therefore, denied.

135. H.I. Naples is without knowledge, therefore, denied.

136. H.I. Naples is without knowledge, therefore, denied.

137. H.I. Naples is without knowledge, therefore, denied.

138. H.I. Naples is without knowledge, therefore, denied.

139. H.I. Naples is without knowledge, therefore, denied.

140. H.I. Naples is without knowledge, therefore, denied.

141. H.I. Naples is without knowledge, therefore, denied.

142. H.I. Naples is without knowledge, therefore, denied.

143. Denied.

144. Denied.

145. Denied.

## CAUSES OF ACTION

146. Denied.

147. Denied.

148. Denied.

149. Denied.

150. Denied.

151. Denied.

152. Denied.

153. Denied.

154. Denied.

155. Denied.

156. Denied.

157. Denied.

158. Denied.

159. Denied.

160. Denied.

161. Denied.

## COUNT I
### (Against All Defendants)
### VIOLATIO OF 18 U.S.C. § 1595 ("TVPRA")

162. H.I. Naples is without knowledge, therefore, denied.

163. H.I. Naples re-asserts its responses to Paragraphs 1-26 and 31-161 as if fully set forth herein.

164. H.I. Naples re-asserts its responses to Paragraphs 1-25, 27, and 30-161 as if fully set forth herein.

165. H.I. Naples re-asserts its responses to Paragraphs 1-25 and 29-161 as if fully set forth herein.

166. H.I. Naples re-asserts its responses to Paragraphs 1-25, 28, and 31-161 as if fully set forth herein.

167. H.I. Naples re-asserts its responses to Paragraphs 1-161 as if fully set forth herein.

168. Denied.

169. Denied.

170. Denied.

171. Denied.

172. Denied.

**COUNT II**
**(Against All Defendants)**
**VIOLATIO OF FLA. STAT. § 772.104**

173. H.I. Naples is without knowledge, therefore, denied.

174. H.I. Naples re-asserts its responses to Paragraphs 1-26 and 31-161 as if fully set forth herein.

175. H.I. Naples re-asserts its responses to Paragraphs 1-25, 27, and 30-161 as if fully set forth herein.

176. H.I. Naples re-asserts its responses to Paragraphs 1-25 and 29-161 as if fully set forth herein.

177. H.I. Naples re-asserts its responses to Paragraphs 1-25, 28, and 31-161 as if fully set forth herein.

178. H.I. Naples re-asserts its responses to Paragraphs 1-161 as if fully set forth herein.

179. Denied.

180. Denied.

181. Denied.

182. Denied.

183. Denied.

184. Denied.

185. Denied.

186. Denied.

187. Denied.

188. Denied.

189. Denied.

190. Denied.

### COUNT III
### (Against All Defendants)
### PREMISE LIABILITY

191. H.I. Naples is without knowledge, therefore, denied.

192. H.I. Naples re-asserts its responses to Paragraphs 1-26 and 31-161 as if fully set forth herein.

193. H.I. Naples re-asserts its responses to Paragraphs 1-25, 27, and 30-161 as if fully set forth herein.

194. H.I. Naples re-asserts its responses to Paragraphs 1-25 and 29-161 as if fully set forth herein.

195. H.I. Naples re-asserts its responses to Paragraphs 1-25, 28, and 31-161 as if fully set forth herein.

196. H.I. Naples re-asserts its responses to Paragraphs 1-161 as if fully set forth herein.

197. Denied.

198. Denied.

199. Denied.

200. Denied.

201. Denied.

202. H.I. Naples is without knowledge, therefore, denied.

203. Denied.

204. Denied.

205. Denied.

206. Denied.

207. Denied.

208. Denied.

209. Denied.

210. Denied.

211. Denied.

212. Denied.

## COUNT IV
### (Against All Defendants)
### NEGLIGENT HIRING, SUPERVISION AND RETENTION

213. H.I. Naples is without knowledge, therefore, denied.

214. H.I. Naples re-asserts its responses to Paragraphs 1-26 and 31-161 as if fully set forth herein.

215. H.I. Naples re-asserts its responses to Paragraphs 1-25, 27, and 30-161 as if fully set forth herein.

216. H.I. Naples re-asserts its responses to Paragraphs 1-25 and 29-161 as if fully set forth herein.

217. H.I. Naples re-asserts its responses to Paragraphs 1-25, 28, and 31-161 as if fully set forth herein.

218. H.I. Naples re-asserts its responses to Paragraphs 1-161 as if fully set forth herein.

219. Denied.

220. Denied.

221. Denied.

222. Denied.

223. Denied.

224. Denied.

225. Denied.

226. Denied.

227. Denied.

228. Denied.

229. Denied.

230. Denied.

231. Denied.

232. Denied.

## COUNT V
## (Against Certain Defendants)
## NEGLIGENT RESCUE

233.   H.I. Naples is without knowledge, therefore, denied.

234.   H.I. Naples re-asserts its responses to Paragraphs 1-25, 27, and 30-161 as if fully set forth herein.

235.   H.I. Naples re-asserts its responses to Paragraphs 1-25 and 29-161 as if fully set forth herein.

236.   H.I. Naples re-asserts its responses to Paragraphs 1-25, 28, and 31-161 as if fully set forth herein.

237.   H.I. Naples re-asserts its responses to Paragraphs 1-161 as if fully set forth herein.

238.   Denied.

239.   Denied.

240.   Denied.

241.   Denied.

242.   Denied.

243.   Denied.

244.   Denied.

245.   Denied.

246.   Denied.

247.   Denied.

248.   Denied.

249.   Denied.

250.   Denied.

251. Denied.

252. Denied.

## COUNT VI
### (Against Certain Defendants)
### AIDING AND ABETTING, HARBORING, CONFINING, COERCION AND CRIMINAL ENTERPRISE

253. H.I. Naples is without knowledge, therefore, denied.

254. H.I. Naples re-asserts its responses to Paragraphs 1-25, 27, and 30-161 as if fully set forth herein.

255. H.I. Naples re-asserts its responses to Paragraphs 1-25, and 29-161 as if fully set forth herein.

256. H.I. Naples re-asserts its responses to Paragraphs 1-25, 28, and 31-161 as if fully set forth herein.

257. H.I. Naples re-asserts its responses to Paragraphs 1-161 as if fully set forth herein.

258. Denied.

259. Denied.

260. Denied.

261. Denied.

262. Denied.

263. Denied.

264. Denied.

265. Denied.

266. Denied.

267. Denied.

268. Denied.

269. Denied.

270. All allegations not specifically admitted herein, are denied.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

Plaintiff has failed to state a claim upon which relief can be granted against H.I. Naples as H.I. Naples did not share any purpose of enriching themselves through a particular criminal course of conduct nor did it knowingly agree or in reckless disregard of the facts, engage to participate in any criminal enterprise of human trafficking, or attempt to engage in human trafficking, or benefit financially or receive anything of value from participation in a venture that alleged subject person to human trafficking and did not cause economic, physical and psychological injuries to the Plaintiff.

### Second Affirmative Defense

H.I. Naples alleges that the Statute of Limitations bars Plaintiff's case, as said claim was not tolled by any continuing alleged tort and further that said claim does not relate back to the First Amended Complaint as against this Defendant.

### Third Affirmative Defense

H. I. Naples alleges that it had no prior actual or constructive notice or knowledge of any such incidents nor dangerous conditions as alleged to put this Defendant on notice with respect to the conduct alleged in the complaint.

### Fourth Affirmative Defense

H.I. Naples did not knowingly participate in any "pattern of racketeering activity" and did not benefit financially or receive anything of value, either by act or omission, and did not support,

facilitate, harbor and/or otherwise participate in any "venture" which defendant "knew or should have known were engaged in any trafficker's sale and victimization of Plaintiff for commercial sexual exploitation, as contemplated by 18 U.S.C. Section 1591(a) and Florida RICO Act, Section 772.104, Florida Statutes.

**Fifth Affirmative Defense**

The incidents alleged against H.I. Naples were not foreseeable, nor reasonably foreseeable, and H.I. Naples has no liability based upon the allegations in the Complaint.

**Sixth Affirmative Defense**

At all pertinent times hereto, H.I. Naples upheld a duty to use due care to maintain its premises in a reasonably safe condition and a duty to protect its invitees from reasonably foreseeable criminal attacks.

**Seventh Affirmative Defense**

H.I. Naples denies that it was guilty of any negligence in this case, but alleges that, even if H.I. Naples is found to be negligent, that the chain of causation was severed by the unforeseeable actions of the Plaintiff and /or by other superseding and intervening criminal actors which alleviate H.I. Naples from any of the alleged liability.

**Eighth Affirmative Defense**

Any liability for the alleged injuries set forth in the Complaint were due to the act or actions of third parties not under the control, direction or supervision of H.I. Naples, and accordingly, because of the actions of these known or unknown third parties, H.I. Naples is alleviated of any liability for the allegations set forth in the Complaint.

### Ninth Affirmative Defense

H.I. Naples alleges that if Plaintiff suffered injuries or losses as alleged, these are the proximate results of negligence and/or assumption of the risks by or on behalf of the Plaintiff by reason of which Plaintiff's recovery, if any, must be proportionately diminished under the comparative negligence doctrine.

### Tenth Affirmative Defense

At all times pertinent hereto, H.I. Naples exercised the standard of care in hiring, supervising and retention of its employees, and plaintiff failed to identify any employee's hiring, supervision and retention that breached that care and thus, there were no reasonably foreseeable damages resulting from H.I. Naples' adherence to its duty of care.

### Eleventh Affirmative Defense

H.I. Naples did not create any situation of peril and Plaintiff's ambiguous use of the 'Rescue doctrine" and "Negligent Rescue" is not applicable as to H.I. Naples, which did not knowingly, actually, or constructively, have any guests in imminent peril.

### Twelfth Affirmative Defense

H.I. Naples did not aid and abet, harbor, confine, coerce, and did not render assistance in committing any wrongdoing as an aider or abetter as it had no actual knowledge of any racketeering activity, enterprise or venture that allegedly subjected person(s) to human trafficking.

### Thirteenth Affirmative Defense

H.I. Naples relies upon any defenses, and all terms and provisions of Fla. Stat. Section 768.31 (Contribution Among Tortfeasors); and 768.81 (Comparative Fault).

### Fourteenth Affirmative Defense

H.I. Naples is entitled to set-off of all sums or money, settlement, judgment or otherwise received by the Plaintiff from any other party or non-party to this action.

### Fifteenth Affirmative Defense

Any injury or damage to Plaintiff was the result of pre-existing medical and/or psychiatric conditions, and the unforeseeable, unpredictable and/or unavoidable sequel thereto, and was unrelated to any act or omission of H.I. Naples.

### Sixteenth Affirmative Defense

To the extent Plaintiff was under the influence of any alcoholic beverage or drug and was more than 50% at fault for her own harm, Plaintiff's claim would be barred by Section 768.36 Fla. Stat.

### Seventeenth Affirmative Defense

Plaintiff's injuries, if any, were not proximately caused by an RICO or other violation of H.I. Naples and indirect harm or injuries with no predicate accts are insufficient to sustain a cause of action under Florida RICO. *Bortell v. White Mountain Ins. Grp, Ltd*. 2 SO 3d 1041 (Fla. 4th DCA 2009).

### Eighteenth Affirmative Defense

The Federal RICO statute limits Plaintiff's recovery, if any, to persons who have suffered injury to their "business or property" which excludes economic losses arising out of any personal injuries.

### Nineteenth Affirmative Defense

H.I. Naples affirmatively alleges that any recovery by the Plaintiff herein should be diminished by the amounts of all benefits which Plaintiff has received from collateral sources pursuant to Goble v. Frohman, 901 So.2d 830 (Fla. 2005). Alternatively, Plaintiff is not entitled to claim bills, costs or expenses incurred by waived or not actually incurred by the Plaintiff.

**Twentieth Affirmative Defense**

H.I. Naples reserves the right to further amend its Affirmative Defenses to identify any other non-parties prior to the trial of this matter, pursuant to *Fabre v. Marin,* 623 So.2d 1182 (Fla. 1993) and *Nash v. Wells Fargo Guard Services, Inc.*, 678 So.2d 1262 (Fla. 1996).

## DEMAND FOR JURY TRIAL

H.I. Naples demands a jury trial on all issues so triable.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on March 2, 2021, a true and correct copy of the foregoing has been e-filed and e-served via the Court's CM/ECF filing system, with copies furnished to all counsel of record and *pro se* litigants.

> LUKS, SANTANIELLO, PETRILLO & COHEN
> Attorney for Defendant
> H.I. Naples, LLC d/b/a Days Inn
> 150 W. Flagler Street, Suite 2600
> Miami, FL 33130
> Telephone: (305) 377-8900
> Facsimile: (305) 377-8901
>
> By: */s/ Daniel J. Santaniello*
> DANIEL J. SANTANIELLO
> Florida Bar No.: 860948
> LUKSMIA-Pleadings@LS-Law.com
> djs@ls-law.com
> djs@insurancedefense.net
> kdivico@insurancedefense.net
> sferguson@insurancedefense.net
> ejimenez@insurancedefense.net
> jfelser@insurancedefense.net
> jfigueroa@insurancedefense.net